# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

January 14, 2026

**VIA ECF**

The Honorable Gregory H. Woods
United States District Court Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: _1/14/2026_

**MEMORANDUM ENDORSED**

Re:    *Crumwell v. LG H&H Usa,*
       *Inc.* Case No.: 1:25-cv-8004

Dear Judge Woods,

The undersigned represents Denise Crumwell, on behalf of herself and all other persons similarly situated ("Plaintiff"), in the above-referenced action against LG H&H USA, Inc. ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for January 20, 2026, at 2:00 p.m. (Dkt. 5) be adjourned for thirty (30) days because the Parties are actively exploring the possibility of resolving this matter without judicial intervention. This brief adjournment will allow the Parties additional time to engage in meaningful settlement discussions.

The Parties further jointly request that Defendant's deadline to answer or otherwise respond to the Complaint be extended by thirty (30) days, from January 21, 2025, to February 20, 2025, to facilitate those discussions.

This is Plaintiff's first request for an extension, and Defendant consents to the adjournment and the requested extension of time.

Application granted. The parties' January 14, 2026 request to adjourn the initial pretrial conference, Dkt. No. 13, is granted. The initial pretrial conference scheduled for January 20, 2026 is adjourned to February 24, 2026 at 4:30 p.m. The joint status letter and proposed case management plan described in the Court's September 29, 2025 order are due no later than February 17, 2026. And the deadline for Defendant to answer or otherwise respond to the complaint is extended to February 20, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC
*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

SO ORDERED.
Dated: January 14, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge