

**DAVID J. GRECH**
dgrech@grsm.com

1 Battery Park Plaza, 28th Floor
New York, NY 10004
(212) 269-5500
www.grsm.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 2/18/2026

**MEMORANDUM ENDORSED**

February 17, 2026

<u>Via ECF</u>
The Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: *Crumwell v. LG H&H USA, Inc.*
     Case No: 1:25-cv-08004-GHW-GS

Dear Judge Woods,

   We represent Defendant LG H&H USA, Inc. in this case. Pursuant to Rule 1(E) of Your Honor's Individual Rules of Practice in Civil Cases, we write jointly with counsel for Plaintiff Denise Crumwell, on behalf of herself and all other persons similarly situated, to respectfully request an extension of time for Defendant to answer, move, or otherwise respond to Plaintiff's complaint and for an adjournment of the initial pretrial conference, presently scheduled for February 24, 2026.

   We also write to update the Court on the progress made in the parties' settlement discussions since Plaintiff's counsel's January 14, 2026 letter motion to the Court. There are two main components of the parties' contemplated resolution, and the parties have reached an agreement in principle on one of those components. As for the other component, counsel for the parties continue their discussions, including as recently as last night (otherwise, we would have submitted this request earlier). Counsel for the parties believe the requested extension and adjournment are warranted to allow the parties time to further discuss and hopefully reach an amicable resolution and to minimize the need for any further intervention by the Court.

   This is Defendant's third request for an extension of time to respond to the complaint and first request to adjourn the initial pretrial conference. Plaintiff's counsel made their first requests for both forms of relief in their January 14, 2026 letter motion. All such prior requests, either upon consent or jointly made, have been granted. The requested extension and adjournment would not affect any other scheduled dates in this case. Thus, we respectfully request that the time for Defendant to answer, move, or otherwise respond to the complaint be extended thirty (30) days to March 23, 2026 and that the initial pretrial conference be adjourned to a date thereafter subject to the Court's calendar.

Hon. Gregory H. Woods, U.S.D.J.
U.S. District Court, S.D.N.Y.
February 17, 2026
Page 2 of 2

      We appreciate the Court's attention to this matter and are available to the Court should it have any questions.

                         Respectfully submitted,

                         GORDON REES
                         SCULLY MANSUKHANI, LLP

                         */s/ David J. Grech*
                         David J. Grech

      Cc.: All attorneys of record via ECF

Application granted. The parties' February 17, 2026 request to adjourn the initial pretrial conference is granted. The initial pretrial conferenced scheduled for February 24, 2026 is adjourned to March 26, 2026 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's September 29, 2025 order are due no later than March 19, 2026. And the deadline for Defendant to answer or otherwise respond to the complaint is extended to March 23, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 15.

SO ORDERED.
Dated: February 18, 2026
New York, New York

                         _____
                          GREGORY H. WOODS
                       United States District Judge